**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District Of Washington

Case number (*If known*): ____________

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Amanda<br>First name<br>J.<br>Middle name<br>Unruh<br>Last name<br>____<br>Suffix (Sr., Jr., II, III) | ____<br>First name<br>____<br>Middle name<br>____<br>Last name<br>____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | ____<br>First name<br>____<br>Middle name<br>____<br>Last name<br>____<br>First name<br>____<br>Middle name<br>____<br>Last name | ____<br>First name<br>____<br>Middle name<br>____<br>Last name<br>____<br>First name<br>____<br>Middle name<br>____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx – xx – 6 7 5 1<br>OR<br>9 xx – xx – ____ | xxx – xx – ____<br>OR<br>9 xx – xx – ____ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 1 of 130

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☒ I have not used any business names or EINs.<br>Business name<br>Business name<br>EIN<br>EIN | ☐ I have not used any business names or EINs.<br>Business name<br>Business name<br>EIN<br>EIN |
| **5. Where you live** | 357 7th Avenue SW<br>Number Street<br><br>Ephrata WA 98823<br>City State ZIP Code<br>GRANT<br>County<br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br>Number Street<br><br>City State ZIP Code<br>County<br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [X] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [X] **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- [ ] **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [X] No
- [ ] Yes. District ________ When ________ (MM / DD / YYYY) Case number ________
  District ________ When ________ (MM / DD / YYYY) Case number ________
  District ________ When ________ (MM / DD / YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [X] No
- [ ] Yes. Debtor ________ Relationship to you ________
  District ________ When ________ (MM / DD / YYYY) Case number, if known ________
  Debtor ________ Relationship to you ________
  District ________ When ________ (MM / DD / YYYY) Case number, if known ________

**11. Do you rent your residence?**

- [X] No. Go to line 12.
- [ ] Yes. Has your landlord obtained an eviction judgment against you?
  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 3 of 130

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- [X] No. Go to Part 4.
- [ ] Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- [X] No. I am not filing under Chapter 11.
- [ ] No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- [ ] Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- [X] No
- [ ] Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number Street

City State ZIP Code

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 4 of 130

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Case number (if known)

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Case number (if known)

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- [x] No. Go to line 16b.
- [ ] Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- [ ] No. Go to line 16c.
- [x] Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

______________________________

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- [ ] No. I am not filing under Chapter 7. Go to line 18.
- [x] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - [x] No
  - [ ] Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [x] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| [x] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ s/Amanda J. Unruh
Signature of Debtor 1

Executed on 05/20/2019
MM / DD / YYYY

✘ ______________________________
Signature of Debtor 2

Executed on ______________
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ s/Kevin O'Rourke
Signature of Attorney for Debtor

Date 05/20/2019
MM / DD / YYYY

Kevin O'Rourke
Printed name

Southwell & O'Rourke, P.S.
Firm name

421 W. Riverside Avenue, Suite 960
Number Street

Spokane
City

WA
State

99201
ZIP Code

Contact phone (509) 624-0159

Email address kevin@southwellorourke.com

28912
Bar number

WA
State

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Washington**

In re: **Amanda J. Unruh**

Debtors

Case No. ______

Chapter 7

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **May 20, 2019** Signed: **s/Amanda J. Unruh**

Dated: ______ Signed: ______

**s/Kevin O'Rourke**
**Kevin O'Rourke**
**Attorney for Debtor(s)**
**Bar no.: 28912**
**421 W. Riverside Avenue, Suite 960**
**Spokane, Washington 99201**
**Telephone No: (509) 624-0159**
**Fax No: (509) 624-9231**

**E-mail address:**
**kevin@southwellorourke.com**

AMANDA J. UNRUH
357 7TH AVENUE SW
EPHRATA,WASHINGTON 98823

KEVIN O'ROURKE
421 W. RIVERSIDE AVENUE, SUITE 960
SPOKANE,WASHINGTON 99201

AARON KOEHN TRUCKING
929 S. SCHAAKE RD
OTHELLO,WA 99344

AFLAC
WORLDWIDE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS,GA 31999

AG LINK
310 W. MAIN ST.
COULEE CITY,WA 99115

ALL TRAN FINANCIAL, LP

ANCHOR HAULING
PO BOX 5079
PASCO,WA 99302

ARMADA
PO BOX 327
MOSES LAKE,WA 98837

ASHLEY STORE

ATT MOBILITY
4120 INTERNATIONAL, STE 1100
CARROLLTON,TX 75007

BAILEY AND BUSEY PLLC
411 N. 2ND ST
YAKIMA,WA 98901

BASIN FAMILY CHIROPRACTIC
2200 S. MAIERS RD, SUITE B
MOSES LAKE,WA 98837


BASIN SEPTIC SERVICES
220 S. HAMILTON RD
MOSES LAKE,WA 98837


BIG R STORES-MOSES LAKE
1147 W. BROADWAY AVE
MOSES LAKE,WA 98837


BOEING EMPLOYEES CREDIT UNION
PO BOX 97050
SEATTLE,WA 98124


BOERSMA, HENRY
1165 HWY 17 S
WARDEN,WA 98857


BONDED ADJUSTMENT COMPANY
1229 W. FIRST AVE.
SPOKANE,WA 99201


BURROWS TRACTOR RENTALS
927 S WENATCHEE AVE
WENATCHEE,WA 98801


C & E TRENCHING
3813 N. GLADE ROAD
PASCO,WA 99301


CAPITAL ONE
PO BOX 30281
SALT LAKE CITY,UT 84130


CAPITAL ONE BANK (USA), N.A.
PO BOX 30281
SALT LAKE CITY,UT 84301


CAPITAL ONE BANK (USA), N.A.
PO BOX 60599
CITY OF INDUSTRY,CA 91716

CCS
PAYMENT PROCESSING CENTER
PO BOX 55126
BOSTON,MA 02205

CENTRAL BONDED COLLECTORS
PO BOX 1073
MOSES LAKE,WA 98837

CENTRAL MACHINERY SALES
1201 YONEZAWA BLVD
MOSES LAKE,WA 98837

CENTRAL MACHINERY SALES, INC.
PO BOX 2838
PASCO,WA 99302

CENTRAL SERVICE OF CENTRAL WASHINGTON, I
DBA CENTRAL BONDED COLLECTORS
PO BOX 1073
MOSES LAKE,WA 98837

CHAPMAN FINANCIAL SERVICES
203 N. WASHINGTON ST., STE 200
SPOKANE,WA 99201

CHASE
PO BOX 182055
COLUMBUS,OH 43218

CHASE AUTO
PO BOX 901003
FORT WORTH,TX 76101

CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH,TX 76161

CHRYSLER CAPITAL
PO BOX 961245
FORT WORTH,TX 76161

CHRYSLER CAPITAL
PO BOX 660335
DALLAS,TX 75266

CJ WORM
6551 NE NORTH SHORE
BELFAIR,WA 98528


COEUR D'ALENE CREDIT BUREAU
PO BOX 7100
COEUR D'ALENE,ID 83816


COLEMAN OIL
1114 W. MARINA DR.
MOSES LAKE,WA 98837


COLORTYME
407 SOUTH PIONEER WAY
MOSES LAKE,WA 98837


CREDIT ACCEPTANCE
25505 W. 12 MILE ROAD
SOUTHFIELD,MI 48034


CREDIT ACCEPTANCE
PO BOX 551888
DETROIT,MI 48255


CREDIT ACCEPTANCE CORP
25505 W. 12 MILE ROAD
SOUTHFIELD,MI 48034


CREDIT ACCEPTANCE CORPORATION
SILVER TRIANGLE BUILDING
25505 W. 12 MILE RD, STE 300
SOUTHFIELD,MI 48034


CREDIT COLLECTION SERVICES
725 CANTON STREET
NORWOOD,MA 02062


CREDIT ONE BANK
PO BOX 98872
LAS VEGAS,NV 89193


CREDIT SERVICE OF CENTRAL
WASHINGTON, INC.
408 W. 4TH AVE
MOSES LAKE,WA 98837

CUSTOM STACKING
RTW FARMS LLC
8831 RD. K NE
MOSES LAKE,WA 98837

D & A SERVICES
1400 E. TOUHY AVE., STE G2
DES PLAINES,IL 60018

DEPARTMENT OF LABOR & INDUSTRIES
COLLECTIONS
3001 W. BROADWAY AVE.
MOSES LAKE,WA 98837

DEPARTMENT OF LABOR AND INDUSTRIES
EMPLOYMENT STANDARDS
3001 W. BROADWAY AVE.
MOSES LAKE,WA 98837

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 145566
CINCINNATI,OH 45250

DIRECTV
PO BOX 105261
ATLANTA,GA 30348

DISCOVER
PO BOX 51908
LOS ANGELES,CA 90051

DISCOVER FINANCIAL SERVICES
PO BOX 15316
WILMINGTON,DE 19850

DOUG'S BALER REPAIR
1215 3RD AVENUE SW
QUINCY,WA 98848

EFG
96 E. GROADWAY STE 5
EUGENE,OR 97401

ENHANCED RECOVERY COMPANY
PO BOX 57547
JACKSONVILLE,FL 32241

EQUIFAX
PO BOX 740241
ATLANTA,GA 30374

ERIKSON TANK & PUMP
800 RD. P.5 SW
QUINCY,WA 98848

EVERGREEN HOME LOANS
15405 SE 37TH STREET
SUITE 200
BELLEVUE,WA 98006

EVERGREEN NOTE SERVICING
PO BOX 593
PUYALLUP,WA 98371

EXPERIAN
PROFILE MAINTENANCE
PO BOX 9558
ALLEN,TX 75013

FINANCIAL PACIFIC LEASING
3455 S. 344TH WAY #300
FEDERAL WAY,WA 98001

FINANCIAL PACIFIC LEASING
3455 S. 344TH WAY, STE 300
FEDERAL WAY,WA 98001

FIRST SOURCE
205 BRYANT WOODS SOUTH
AMHERST,NY 14228

GOOD TO GO
BOX 34562
SEATTLE,WA 98124

GRANT COUNTY DISTRICT COURT
CIVIL CLERK'S DEPARTMENT
PO BOX 37
EPHRATA,WA 98823

GRANT COUNTY SUPERIOR COURT
CLERK'S DEPARTMENT
PO BOX 37
EPHRATA,WA 98823

HENDERSON, NICK
4722 RD N.5 NW
QUINCY,WA 98848


HICKORY HOLLOW RENTALS, LLC
PO BOX 332108
MURFREESBORO,TN 37133


HOCHSTATTER ELECTRIC
547 INTERLAKE RD
MOSES LAKE,WA 98837


HUBERDEAU LAW OFFICE
821 E. SHARON AVE
MOSES LAKE,WA 98837


IFIBER COMMUNICATIONS
PO BOX 490
EPHRATA,WA 98823


INLAND IMAGING
PO BOX 84328
SEATTLE,WA 98124


INLAND IMAGING, PS-SPOKANE
PO BOX 84328
SEATTLE,WA 98124


INLAND INDUSTRY TOOLS
12741 MAGNOLIA AVE
RIVERSIDE,CA 92503


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA,PA 19114


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
920 W. RIVERSIDE AVENUE #440
SPOKANE,WA 99201


ITC SERVICES, INC.
4172 N. FRONTAGE RD E
MOSES LAKE,WA 98837

JONATHAN NEIL & ASSOCIATES
18321 VENTURA BLVD #1000
TARZANA,CA 91356

JP MORGAN CHASE
PO BOX 722929
HOUSTON,TX 77272

JP MORGAN CHASE BANK, N.A.
PO BOX 182055
COLUMBUS,OH 43218

KEY BANK
314 E. 3RD AVE
MOSES LAKE,WA 98837

KIRKHAM LAW OFFICE, PLLC
420 NORTH PEARL STE 303
ELLENSBURG,WA 98923

LARSON FOWLES, PLLC
821 E. BROADWAY AVE., STE 8
MOSES LAKE,WA 98837

LENZ ENTERPRISES
PO BOX 868
STANWOOD,WA 98292

LES SCHWAB
418 E. BROADWAY AVE.
MOSES LAKE,WA 98837

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL
PO BOX 1269
GREENVILLE,SC 29603

MACHOL & JOHANNES LLC
700 17TH ST., SUITE 200
DENVER,CO 80202

MANTIS FUNDING, LLC
64 BEAVER ST., STE 344
NEW YORK,NY 10004

MCNAMEE FARMS SERVICES
7931 NE HALSEY ST #103
IRRIGON,OR 97844

MEACHAM, TONI
ATTORNEY AT LAW
1420 SCOOTENEY ROAD
CONNELL,WA 99326

MOSES LAKE COMMUNITY HEALTH
605 S. COOLIDGE ST. #101
MOSES LAKE,WA 98837

MOSES LAKE VET CLINIC
3918 E. BROADWAY EXT.
MOSES LAKE,WA 98837

MUTUAL OF ENUMCLAW
1460 WELLS ST.
ENUMCLAW,WA 98022

NACM NORTHWEST
7931 NE HALSEY ST., 103
PORTLAND,OR 97213

NORTHLAND GROUP, INC.
PO BOX 390846
MCCOAT1
MINNEAPOLIS,MN 55439

NORTHSTAR LOCATION SERVICES, LLC
4285 GENESEE ST.
CHEEKTOWAGA,NY 14225

NPRTO WEST, LLC
256 W. DATA DRIVE
DRAPER,UT 84020

ODESSA TRADING
PO BOX 277
ODESSA,WA 99159

OLD MILL
PO BOX 1082
ELLENSBURG,WA 98926

OTT, NORM
17 W. FIRST AVE.
ODESSA,WA 99159

PORTFOLIO RECOVERY
120 CORPORATE BLVD STE 100
NORFOLK,VA 23502

PROGRESSIVE LEASING
256 DATA DR.
DRAPER,UT 84020

RATHBONE SALES
3860 E. BROADWAY AVE
MOSES LAKE,WA 98837

RIES, CHRISTOPHER F.
ATTORNEY AT LAW
PO BOX 2119
MOSES LAKE,WA 98837

RYAN S. UNRUH
52 G STREET NE
EPHRATA,WA 98823

SADDLE MOUNTAIN SUPPLY COMPANY
13624 N. FRONTAGE RD
MOSES LAKE,WA 98837

SAMARITAN CLINIC
1550 S. PIONEER WAY
MOSES LAKE,WA 98837

SAMARITAN CLINIC
660 S. COOLIDGE DR
MOSES LAKE,WA 98837

SAMARITAN CLINIC
801 E. WHEELER RD
MOSES LAKE,WA 98837

SAMARITAN HEALTHCARE
801 E. WHEELER RD
MOSES LAKE,WA 98837

SAMARITAN HEALTHCARE
660 S. COOLIDGE DR
MOSES LAKE,WA 98837


SAMARITAN HEALTHCARE
660 S. COOLIDGE DR.
MOSES LAKE,WA 98837


SKONE IRRIGATION - WARDEN
2051 W. 1ST STREET
WARDEN,WA 98857


SS EQUIPMENT INC.
4939 WA-281 N
QUINCY,WA 98848


STATE OF WASHINGTON
DEPARTMENT OF LABOR & INDUSTRIES
PO BOX 44171
OLYMPIA,WA 98504


STINGER, INC.
302 E. DEAN ST.
BURTON,KS 67020


SUTTELL, HAMMER & WHITE
PO BOX C-90006
BELLEVUE,WA 98009


SYNCB/ASHLEY HOME STORES
PO BOX 965036
ORLANDO,FL 32896


TEK COLLECT
BUSINESS OFFICE
PO BOX 1269
COLUMBUS,OH 43216


TEK-COLLECT
PO BOX 1269
COLUMBUS,OH 43216



THE GENERAL INSURANCE COMPANY

TRANS UNION CORPORATION
PUBLIC RECORDS DEPT
555 WEST ADAMS ST
CHICAGO,IL 60661

TUFFY MORRISON
C/O JAMES D. KIRKHAM
420 N. PEARL ST., STE 301
ELLENSBURG,WA 98926

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF FISCAL SERVICE
PO BOX 1686
BIRMINGHAM,AL 35201

UNITED STATES OF AMERICA
MATTHEW WHITAKER, US ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON,DC 20530

UNITED STATES OF AMERICA
OGDEN,UT 84201

US BANK
203 E. 3RD AVE.
MOSES LAKE,WA 98837

USDA/FSA
531 CAMERON STREET
DAYTON,WA 99328

VALLEY EMPIRE COLLECTIONS
8817 E. MISSION AVE., STE. 101
SPOKANE,WA 99212

VAN RU CREDIT CORPORATION
4839 N. ELSTON AVENUE
CHICAGO,IL 60630

VAN RU CREDIT CORPORATION
DEPT 96307
PO BOX 1259
OAKS,PA 19456

WEISHAAR, TRAIG
5871 DUCK LAKE ROAD
ODESSA,WA 99159

WELLS FARGO AUTO
MAC: E2717-023 ALP
DEPT. PO BOX 19733
IRVINE,CA 92623

WELLS FARGO DEALER SERVICES
PO BOX 1697
WINTERVILLE,NC 28590

WESTCO INTERNATIONAL, INC.
C/O LARSON FOWLES
821 E. BROADWAY AVE., STE 8
MOSES LAKE,WA 98837

WESTERN PETERBILT
C/O WESTERN TRUCK CENTER
12976 N. FRONTAGE RD
MOSES LAKE,WA 98837

WHEATLAND BANK
1442 S. PIONEER WAY
MOSES LAKE,WA 98837

WICHMANN, BRIAN
15201 MILITARY RD S
SEATTLE,WA 98188

YCCS
PO BOX 9244
YAKIMA,WA 98909

# United States Bankruptcy Court
## EASTERN DISTRICT OF WASHINGTON

**In re** **Amanda J. Unruh**

Case No. ____________________

**Debtor**

Chapter **7**____________________

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**1,950.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $**1,950.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**0.00**

2. The source of the compensation paid to me was:

   [X] Debtor [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Set forth in Bankruptcy Fee Agreement**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 20, 2019**
*Date*

**s/Kevin O'Rourke**
*Signature of Attorney*

**Southwell & O'Rourke, P.S.**
*Name of law firm*

Fill in this information to identify your case:

Debtor 1: Amanda J. Unruh
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (If known): ____________________

Check one box only as directed in this form and in Form 122A-1Supp:

- [X] 1. There is no presumption of abuse.
- [ ] 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
- [ ] 3. The Means Test does not apply now because of qualified military service but it could apply later.

- [ ] Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - [ ] **Not married.** Fill out Column A, lines 2-11.
   - [ ] **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - [X] **Married and your spouse is NOT filing with you. You and your spouse are:**
     - [ ] **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - [X] **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | | | $______ | $______ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | | | $______ | $______ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | | $______ | $______ |
| 5. **Net income from operating a business, profession, or farm** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $______ | $______ | | | |
| Ordinary and necessary operating expenses | – $______ | – $______ | | | |
| Net monthly income from a business, profession, or farm | $______ | $______ | Copy here → | $______ | $______ |
| 6. **Net income from rental and other real property** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $______ | $______ | | | |
| Ordinary and necessary operating expenses | – $______ | – $______ | | | |
| Net monthly income from rental or other real property | $______ | $______ | Copy here → | $______ | $______ |
| 7. **Interest, dividends, and royalties** | | | | $______ | $______ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 24 of 130

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $____ | $____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you $____ | | |
| For your spouse $____ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $____ | $____ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| ____ | $____ | $____ |
| ____ | $____ | $____ |
| Total amounts from separate pages, if any. | + $____ | + $____ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $____ + | $____ = $____ Total current monthly income |

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. .......... **Copy line 11 here➔** $____

Multiply by 12 (the number of months in a year). x 12

12b. The result is your annual income for this part of the form. 12b. $____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. ____

Fill in the number of people in your household. ____

Fill in the median family income for your state and size of household. .......... 13. $____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–*2.*

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ s/Amanda J. Unruh
Signature of Debtor 1

Date 05/20/2019
MM / DD / YYYY

✘ ____
Signature of Debtor 2

Date ____
MM / DD / YYYY

**If you checked line 14a, do NOT fill out or file Form 122A–2.**
**If you checked line 14b, fill out Form 122A–2 and file it with this form.**

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number ______________________
(If known)

☐ Check if this is an amended filing

Official Form 122A–1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☒ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

   ☐ No. Go to line 3.

   ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty**.**

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _______________, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days**, ending on _______________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

Debtor 1: Amanda J. Unruh
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number (If known): ____

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| 19162 Road F.4 NE (Number Street)<br>Soap Lake WA 98851 (City State ZIP Code) | From 06/01/13<br>To 03/01/19 | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From ____<br>To ____ |
| Number Street<br>City State ZIP Code | From ____<br>To ____ | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From ____<br>To ____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $4,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:** (January 1 to December 31, 2018 YYYY) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $10,335.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:** (January 1 to December 31, 2017 YYYY) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, 2018 YYYY) | Other | $655.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, 2017 YYYY) | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Case number (if known) ____________________

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| FSA<br>Creditor's Name<br>Number Street<br>City State ZIP Code | | $5,635.00 | $500,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☒ Other Set Off |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title Tuffy Morrison v. Ryan S. Unruh<br>Case number 17-2-00419-0 | Debt collection | Grant County Superior Court<br>Court Name<br>Clerk's Department PO Box 37<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title Central Bonded Collectors v. Ryan S Unruh<br>Case number Y16-1809 | Debt collection | Grant County District Court<br>Court Name<br>Civil Clerk's Department PO Box 37<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**See Attachment 1**

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ☒ Yes. Fill in the information below.

| Creditor | Describe the property | Date | Value of the property |
|---|---|---|---|
| CJ Worm<br>Creditor's Name<br>6551 NE North Shore<br>Number Street<br>Belfair WA 98528<br>City State ZIP Code | Tractor<br>**Explain what happened**<br>☒ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | $Unknown |
| Credit Acceptance Corp<br>Creditor's Name<br>25505 W. 12 Mile Rd<br>Number Street<br>Southfield MI 48034<br>City State ZIP Code | 2012 Dodge Durango needs new front diff-repoed-2008 GMC Sierra<br>**Explain what happened**<br>☒ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | $Unknown |

**See Attachment 2**

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☐ No
- ☒ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| FSA<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2018 Tax Refund | | $5,635.00 |
| | Last 4 digits of account number: XXXX– | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☒ No
- ☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☒ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>City State ZIP Code<br>Person's relationship to you | | | $<br>$ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>City State ZIP Code<br>Person's relationship to you | | | $<br>$ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $ |
| | | | $ |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Southwell & O'Rourke, P.S.<br>Person Who Was Paid<br>421 W. Riverside Avenue<br>Number Street<br>Suite 960<br>Spokane WA 99201<br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | See 2016 Disclosure | | $<br>$ |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | | | $ <br>$ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code | | | $ <br>$ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Joseph<br>Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | 19162 Road F.4 NE, Soap Lake, WA 98851 sold by Unruh Hay & Cattle, LLC | | |
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ **No**
☒ **Yes. Fill in the details.**

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Key Bank<br>Name of Financial Institution<br>314 E. 3rd Avenue<br>Number Street<br>Moses Lake WA 98837<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_________ | 8/2018 | $-3,000.00 |
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_________ | | $ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | ☒ No<br>☐ Yes |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 35 of 130

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ☐ No
- ☒ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Yennys<br>Name of Storage Facility<br>Number Street<br>Soap Lake WA<br>City State ZIP Code | Debtor<br>Name<br>Number Street<br>City State ZIP Code | Tax paperwork | ☐ No<br>☒ Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ☒ No
- ☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br>Number Street<br>City State ZIP Code | Number Street<br>City State ZIP Code | | $ |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ☒ No
- ☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br>Number Street<br>City State ZIP Code | Governmental unit<br>Number Street<br>City State ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

- [X] No
- [ ] Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br>Number Street<br>City State ZIP Code | Governmental unit<br>Number Street<br>City State ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- [X] No
- [ ] Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title<br>Case number | Court Name<br>Number Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- [ ] A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- [X] A member of a limited liability company (LLC) or limited liability partnership (LLP)
- [ ] A partner in a partnership
- [ ] An officer, director, or managing executive of a corporation
- [ ] An owner of at least 5% of the voting or equity securities of a corporation

- [ ] No. None of the above applies. Go to Part 12.
- [X] Yes. Check all that apply above and fill in the details below for each business.

| Business | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Unruh Hay & Cattle, LLC<br>Business Name<br>Number Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From 2017 To Present |
| Business Name<br>Number Street<br>City State ZIP Code | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From ______ To ______ |

| Business Name / Number Street / City State ZIP Code | Describe the nature of the business | Employer Identification number. Do not include Social Security number or ITIN. |
|---|---|---|
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name of accountant or bookkeeper | Dates business existed |
| | | From _______ To _______ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name / Number Street / City State ZIP Code | Date issued |
|---|---|
| | MM / DD / YYYY |

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘ s/Amanda J. Unruh
**Signature of Debtor 1**

**Date** 05/20/2019

✘ ______________________
**Signature of Debtor 2**

**Date** ______________

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person______________________. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Attachment
# Debtor: Amanda J. Unruh   Case No:

**Attachment 1 Additional Lawsuits, Court Actions, or Administrative Proceedings**

    **Case Title: Capital One v. Ryan S Unruh**
    **Case Number: Y17-2399**
    **Nature of Case: Debt collection**
    **Court or Agency's Name: Grant County District Court**
    **Court or Agency's Address: Civil Clerk's Department PO Box 37, Ephrata, WA 98823**
    **Status of Case:**

    **Case Title: Westco International Inc. v. Ryan S Unruh**
    **Case Number: Y17-2473**
    **Nature of Case: Debt collection**
    **Court or Agency's Name: Grant County District Court**
    **Court or Agency's Address: Civil Clerk's Department PO Box 37, Ephrata, WA 98823**
    **Status of Case:**

    **Case Title: Kimble Dallas v. Ryan S. Unruh**
    **Case Number: Unknown**
    **Nature of Case: Grant County District Court**
    **Court or Agency's Name: Civil Clerk's Department**
    **Court or Agency's Address: PO Box 37, Ephrata, WA 98823**
    **Status of Case:**

**Attachment 2 Additional Property Repossessed, Foreclosed, Garnished, Etc.**

    **Creditor's Name: EFG**
    **Creditor's Address: 96 E. Groadway Ste 5, Eugene, OR 97401**
    **Property Description: Balers Repo'd 5/2018**
    **The Property Was: Repossessed**
    **Date of Action:**
    **Value: Unknown**

    **Creditor's Name: Hickory Hollow Rentals, LLC**
    **Creditor's Address: PO Box 332108, Mufreesboro, TN 37133**
    **Property Description: Office Shed - still located at house repoed**
    **The Property Was: Repossessed**
    **Date of Action:**
    **Value: Unknown**

    **Creditor's Name: Rathbone Sales**
    **Creditor's Address: 3860 E. Broadway Ave, Moses Lake, WA 98837**
    **Property Description: Big Baler repossessed 2017**
    **The Property Was: Repossessed**
    **Date of Action:**
    **Value: Unknown**

    **Creditor's Name: USDA**
    **Creditor's Address: 531 Cameron Street, Dayton, WA 99328**
    **Property Description: Cattle-sold 16 & 17-repoed**
    **The Property Was: Repossessed**
    **Date of Action:**
    **Value: $0.00**

**Fill in this information to identify your case and this filing:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2 (Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number ____________

❑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
❑ Yes. Where is the property?

1.1. ____________
Street address, if available, or other description

____________

City State ZIP Code

County

**What is the property?** Check all that apply.
❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other ____________

**Who has an interest in the property?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $____________
**Current value of the portion you own?** $____________

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

____________

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

If you own or have more than one, list here:

1.2. ____________
Street address, if available, or other description

____________

City State ZIP Code

County

**What is the property?** Check all that apply.
❑ Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other ____________

**Who has an interest in the property?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $____________
**Current value of the portion you own?** $____________

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

____________

❑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ____________

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 40 of 130

1.3. ________________________
Street address, if available, or other description

________________________

________________________
City State ZIP Code

________________________
County

**What is the property?** Check all that apply.

- ❑ Single-family home
- ❑ Duplex or multi-unit building
- ❑ Condominium or cooperative
- ❑ Manufactured or mobile home
- ❑ Land
- ❑ Investment property
- ❑ Timeshare
- ❑ Other ________________

**Who has an interest in the property?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** ________________

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $________ | $________ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

________________________

❑ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..........** ➔ $________

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ❑ No
- ☒ Yes

3.1. Make: Ford
Model: F150
Year: 2010
Approximate mileage: 98,000
Other information:

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,000.00 | $16,000.00 |

If you own or have more than one, describe here:

3.2. Make: GMC
Model: Sierra
Year: 2008
Approximate mileage: 288,000
Other information:

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000.00 | $4,000.00 |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 41 of 130

3.3. Make: Ford
Model: Escort
Year: ___________
Approximate mileage: ___________
Other information:
Non running

**Who has an interest in the property?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100.00 | $100.00 |

3.4. Make: Dodge
Model: 2500
Year: 2011
Approximate mileage: ___________
Other information:

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

**See Attachment 1: Additional Cars, Vans, Trucks, Tractors, Sport Utility Vehicles, and Motorcycles**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- [x] No
- [ ] Yes

4.1. Make: ________________
Model: ________________
Year: ___________
Other information:

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $________________ | $________________ |

If you own or have more than one, list here:

4.2. Make: ________________
Model: ________________
Year: ___________
Other information:

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $________________ | $________________ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ $104,450.00

Debtor 1 Amanda J. Unruh Case number (if known)
First Name Middle Name Last Name

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe......... Household Goods and Furnishings — $2,500.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe......... Cell Phone, TV, Camera — $700.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe......... — $

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe......... Fishing equipment and misc. sporting goods — $200.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes. Describe......... Guns — $7,300.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe......... Clothes — $200.00

12. **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe......... Wedding Ring — $35.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☒ Yes. Describe......... Dog — $10.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information............... — $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ $10,945.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 43 of 130

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- [X] No
- [ ] Yes.......... Cash: .......... $

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

- [ ] No
- [X] Yes.......... Institution name:

| | Institution name | Current value |
|---|---|---|
| 17.1. Checking account: | US Bank | $56.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- [X] No
- [ ] Yes.......... Institution or issuer name:

| Institution or issuer name | Current value |
|---|---|
| | $ |
| | $ |
| | $ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

- [ ] No
- [X] Yes. Give specific information about them..........

| Name of entity: | % of ownership: | Current value |
|---|---|---|
| Unruh Hay & Cattle, LLC (No assets) | 100 % | $Unknown |
| | % | $ |
| | % | $ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 44 of 130

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them. .................... Issuer name:

$
$
$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately..

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA: | | $ |
| Retirement account: | | $ |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes.........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $ |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| Rented furniture: | | $ |
| Other: | | $ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes......................... Issuer name and description:

$
$
$

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 45 of 130

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$
$
$

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them. .. $

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them. .. $

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☒ Yes. Give specific information about them. .. CDL $Unknown

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal: $
State: $
Local: $

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☒ Yes. Give specific information. ............. Right to maintenance and support

Alimony: $
Maintenance: $Unknown
Support: $
Divorce settlement: $
Property settlement: $

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information. ............... $

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 46 of 130

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information. ............ $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. .................... Claim against Ryan S. Unruh for property settlement, maintenance, & support $Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. .................... $

35. **Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information. .......... $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ $56.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe ....... $

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes. Describe ....... $

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 47 of 130

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe....... $

41. **Inventory**

☒ No
☐ Yes. Describe....... $

42. **Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe....... Name of entity: % of ownership:
_____% $
_____% $
_____% $

43. **Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☒ No
☐ Yes. Describe......... $

44. **Any business-related property you did not already list**

☒ No
☐ Yes. Give specific information .........
$
$
$
$
$
$

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ $0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☒ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☒ No
☐ Yes.......................... $

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific information. ............ $

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☒ Yes.......................... 1986 Ford Tractor $15,000.00

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes.......................... $

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information. ............ $

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ → $15,000.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information. ............ $ $ $

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ → $

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** | | → | $0.00 |
| 56. **Part 2: Total vehicles, line 5** | $104,450.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $10,945.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $56.00 | | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $15,000.00 | | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61. .................. | $130,451.00 | Copy personal property total → | + $130,451.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........ | | | $130,451.00 |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 49 of 130

## Attachment
## Debtor: Amanda J. Unruh   Case No:

**Attachment 1: Additional Cars, Vans, Trucks, Tractors, Sport Utility Vehicles, and Motorcycles**

**Make: Dodge**
**Model: 2500**
**Year: 2016**
**Approximate Mileage:**
**Parties with an Interest in the Property: The Debtor and another**
**Current Value of the Property: $34,350.00**
**Current Value of Debtor's Ownership Interest: $34,350.00**
**Personal Property vehicle other RTE is filled, Other Information:**

**Make: Kenworth**
**Model:**
**Year: 2006**
**Approximate Mileage:**
**Parties with an Interest in the Property: The Debtor and another**
**Current Value of the Property: $40,000.00**
**Current Value of Debtor's Ownership Interest: $40,000.00**
**Personal Property vehicle other RTE is filled, Other Information:**

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: 2008 GMC Sierra<br>Line from *Schedule A/B:* 3.2 | $4,000.00 | ☐ $ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: Ford Escort<br>Line from *Schedule A/B:* 3.3 | $100.00 | ☐ $ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Household Goods and Furnishings<br>Line from *Schedule A/B:* 6 | $2,500.00 | ☐ $ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☐ No
  ☐ Yes

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 51 of 130

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Case number (*if known*)

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $700.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Guns<br>Line from *Schedule A/B*: 10 | $7,300.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Fishing equipment and misc. sporting goods<br>Line from *Schedule A/B*: 9 | $200.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Clothes<br>Line from *Schedule A/B*: 11 | $200.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Wedding Ring<br>Line from *Schedule A/B*: 12 | $35.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: Dog<br>Line from *Schedule A/B*: 13 | $10.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: US Bank<br>Line from *Schedule A/B*: 17.1 | $56.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Right to maintenance and support<br>Line from *Schedule A/B*: 29 | $Unknown | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(D) |
| Brief description: Claim against Ryan S. Unruh<br>Line from *Schedule A/B*: 33 | $Unknown | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(D)<br>11 U.S.C. § 522(d)(5) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| **2.1** Chrysler Capital | $45,351.00 | $34,350.00 | $11,001.00 |
| **2.2** Credit Acceptance | $2,000.00 | $4,000.00 | $0.00 |

**2.1**

Chrysler Capital
Creditor's Name

PO Box 961275
Number Street

Fort Worth TX 76161
City State ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ____________

**Describe the property that secures the claim:** 2016 Dodge 2500

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien**. Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Last 4 digits of account number** 1 0 0 0

**2.2**

Credit Acceptance
Creditor's Name

25505 W. 12 Mile Road
Number Street

Southfield MI 48034
City State ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ____________

**Describe the property that secures the claim:** 2008 GMC Sierra

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien**. Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $47,351.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 53 of 130

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Case number (if known)

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

*Column A* **Amount of claim** Do not deduct the value of collateral.
*Column B* **Value of collateral that supports this claim**
*Column C* **Unsecured portion** If any

**2.3** Credit Acceptance
Creditor's Name
25505 W. 12 Mile Road
Number Street

Southfield MI 48034
City State ZIP Code

**Describe the property that secures the claim:** 2010 Ford F150

| Column A | Column B | Column C |
|---|---|---|
| $16,000.00 | $16,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ____________

**Last 4 digits of account number** ___ ___ ___ ___

**2.4** Financial Pacific Leasing
Creditor's Name
3455 S. 344th Way #300
Number Street

Federal Way WA 98001
City State ZIP Code

**Describe the property that secures the claim:** 1986 Ford Tractor

| Column A | Column B | Column C |
|---|---|---|
| $15,000.00 | $15,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ____________

**Last 4 digits of account number** ___ ___ ___ ___

**2.5** Financial Pacific Leasing
Creditor's Name
3455 S. 344th Way #300
Number Street

Federal Way WA 98001
City State ZIP Code

**Describe the property that secures the claim:** 2006 Kenworth

| Column A | Column B | Column C |
|---|---|---|
| $38,000.00 | $40,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ____________

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $69,000.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $____________

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 54 of 130

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| 2.6 Wells Fargo Auto | **Describe the property that secures the claim:** 2011 Dodge 2500 | $15,000.00 | $10,000.00 | $5,000.00 |

**2.6** Wells Fargo Auto
Creditor's Name
MAC: E2717-023 ALP
Number Street
Dept. PO Box 19733
Irvine CA 92623
City State ZIP Code

**Describe the property that secures the claim:** 2011 Dodge 2500

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ________ **Last 4 digits of account number** ___ ___ ___ ___

**2.7** ____________
Creditor's Name
____________
Number Street
____________
____________
City State ZIP Code

**Describe the property that secures the claim:** $________ $________ $________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ________ **Last 4 digits of account number** ___ ___ ___ ___

**2.8** ____________
Creditor's Name
____________
Number Street
____________
____________
City State ZIP Code

**Describe the property that secures the claim:** $________ $________ $________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____________

**Date debt was incurred** ________ **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $15,000.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $131,351.00

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

Credit Acceptance
Name
PO Box 551888
Number Street

Detroit MI 48255
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.2
**Last 4 digits of account number** ___ ___ ___ ___

Credit Acceptance
Name
PO Box 551888
Number Street

Detroit MI 48255
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.3
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street

City State ZIP Code

**On which line in Part 1 did you enter the creditor?** _____
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street

City State ZIP Code

**On which line in Part 1 did you enter the creditor?** _____
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street

City State ZIP Code

**On which line in Part 1 did you enter the creditor?** _____
**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street

City State ZIP Code

**On which line in Part 1 did you enter the creditor?** _____
**Last 4 digits of account number** ___ ___ ___ ___

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 56 of 130

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(If known)

❑ Check if this is an amended filing

# Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ❑ No. Go to Part 2.
   - ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 Internal Revenue Service | $Notice only | $Notice only | $Notice only |
| 2.2 Internal Revenue Service | $Unknown | $Unknown | $Unknown |

**2.1**

Internal Revenue Service
Priority Creditor's Name
Centralized Insolvency Operation
Number Street
PO Box 7346
Philadelphia PA 19114
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ___________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify ________________________________

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**2.2**

Internal Revenue Service
Priority Creditor's Name
Special Procedures
Number Street
920 W. Riverside Avenue #440
Spokane WA 99201
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ___________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify ________________________________

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 57 of 130

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.3 | $Unknown | $Unknown | $Unknown |
| 2.4 | $Notice only | $Notice only | $Notice only |
| 2.5 | $Unknown | $Unknown | $Unknown |

**2.3** U.S. Department of the Treasury
Priority Creditor's Name
Bureau of Fiscal Service
PO Box 1686
Birmingham AL 35201

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**2.4** United States of America
Priority Creditor's Name
Matthew Whitaker, US Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**2.5** United States of America
Priority Creditor's Name
Number Street
Ogden UT 84201

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2016-17

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________________

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 58 of 130

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1

Aaron Koehn Trucking
Nonpriority Creditor's Name
929 S. Schaake Rd
Number Street
Othello WA 99344
City State ZIP Code

**Last 4 digits of account number** 1 5 2 3
**When was the debt incurred?** 2017

$14,605.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Hay bale stacking

4.2

Aflac
Nonpriority Creditor's Name
Worldwide Headquarters 1932 Wynnton Road
Number Street
Columbus GA 31999
City State ZIP Code

**Last 4 digits of account number** K 7 M 1
**When was the debt incurred?**

$306.54

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

4.3

AG Link
Nonpriority Creditor's Name
310 W. Main St.
Number Street
Coulee City WA 99115
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?** Unknown

$Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify NSF Check

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 59 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

**4.4**

All Tran Financial, LP
Nonpriority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

Total claim: $Unknown

**4.5**

Anchor Hauling
Nonpriority Creditor's Name
PO Box 5079
Number Street
Pasco WA 99302
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** U E 0 1

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Hauling account

Total claim: $1,778.00

**4.6**

Armada
Nonpriority Creditor's Name
PO Box 327
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 4 3 5 5

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

Total claim: $Unknown

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 60 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.7**

Ashley Store
Nonpriority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________

$Unknown

**4.8**

ATT Mobility
Nonpriority Creditor's Name

4120 International, Ste 1100
Number Street

Carrollton TX 75007
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________

$1,561.00

**4.9**

Bailey and Busey PLLC
Nonpriority Creditor's Name

411 N. 2nd St
Number Street

Yakima WA 98901
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 4 6 3 9

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________

$14,500.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 61 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** | **Total claim**

**4.10** Basin Family Chiropractic
Nonpriority Creditor's Name
2200 S. Maiers Rd, Suite B
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

Total claim: $51.00

**4.11** Basin Septic Services
Nonpriority Creditor's Name
220 S. Hamilton Rd
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________

Total claim: $766.00

**4.12** Big R Stores-Moses Lake
Nonpriority Creditor's Name
1147 W. Broadway Ave
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________

Total claim: $6,695.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 62 of 130

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.13**

Boeing Employees Credit Union
Nonpriority Creditor's Name
PO Box 97050
Number Street
Seattle WA 98124
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$1,677.00

**When was the debt incurred?** 2006

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

**4.14**

Boersma, Henry
Nonpriority Creditor's Name
1165 Hwy 17 S
Number Street
Warden WA 98857
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$10,301.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Stacking 2 tie

**4.15**

Bonded Adjustment Company
Nonpriority Creditor's Name
1229 W. First Ave.
Number Street
Spokane WA 99201
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** — **Total claim**

**4.16** Burrows Tractor Rentals
Nonpriority Creditor's Name
927 S Wenatchee Ave
Wenatchee, WA 98801

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** 2015
**Total claim:** $38,206.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**4.17** C & E Trenching
Nonpriority Creditor's Name
3813 N. Glade Road
Pasco, WA 99301

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** Unknown
**Total claim:** $1,750.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**4.18** Capital One
Nonpriority Creditor's Name
PO Box 30281
Salt Lake City, UT 84130

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** 2007
**Total claim:** $2,801.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 64 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.19** Capital One Bank (USA), N.A.
Nonpriority Creditor's Name
PO Box 30281
Number Street
Salt Lake City UT 84301
City State ZIP Code

**Last 4 digits of account number** 9 6 3 6 — $2,944.95

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

**4.20** CCS
Nonpriority Creditor's Name
Payment Processing Center PO Box 55126
Number Street
Boston MA 02205
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — $Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.21** Central Bonded Collectors
Nonpriority Creditor's Name
PO Box 1073
Number Street
Moses Lake WA 98837
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — $Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** — **Total claim**

### 4.22

Central Machinery Sales
Nonpriority Creditor's Name
1201 Yonezawa Blvd
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** R U 0 0

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Central Machinery Sales

Total claim: $616.00

### 4.23

Central Service of Central Washington, Inc.
Nonpriority Creditor's Name
dba Central Bonded Collectors PO Box 1073
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify ______

Total claim: $Unknown

### 4.24

Chapman Financial Services
Nonpriority Creditor's Name
203 N. Washington St., Ste 200
Number Street
Spokane WA 99201
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

Total claim: $Unknown

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 66 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.25**

Chase Auto
Nonpriority Creditor's Name
PO Box 901003
Number Street
Fort Worth TX 76101
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 2 8 0 3 — $16,114.00

**When was the debt incurred?** 2012

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Deficiency

**4.26**

Chrysler Capital
Nonpriority Creditor's Name
PO Box 961245
Number Street
Fort Worth TX 76161
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 6 3 8 3 — $0.00

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Notice only

**4.27**

Chrysler Capital
Nonpriority Creditor's Name
PO Box 660335
Number Street
Dallas TX 75266
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 6 3 8 3 — $0.00

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Notice only

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.28**

CJ Worm
Nonpriority Creditor's Name
6551 NE North Shore
Number Street
Belfair WA 98528
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Deficiency

$6,313.00

**4.29**

Coeur d'Alene Credit Bureau
Nonpriority Creditor's Name
PO Box 7100
Number Street
Coeur d'Alene ID 83816
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________________________

$6,799.00

**4.30**

Coleman Oil
Nonpriority Creditor's Name
1114 W. Marina Dr.
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 1 4 4 9

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________________________

$26,521.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 68 of 130

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** — **Total claim**

**4.31** Colortyme
Nonpriority Creditor's Name
407 South Pioneer Way
Number Street
Moses Lake WA 98837
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2018

Total claim: $4,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**4.32** Credit Acceptance Corp
Nonpriority Creditor's Name
25505 W. 12 Mile Road
Number Street
Southfield MI 48034
City State ZIP Code

**Last 4 digits of account number** 1 4 ___ ___

**When was the debt incurred?** 2016

Total claim: $11,519.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**4.33** Credit Collection Services
Nonpriority Creditor's Name
725 Canton Street
Number Street
Norwood MA 02062
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____________

Total claim: $Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 69 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.34**

Credit One Bank
Nonpriority Creditor's Name
PO Box 98872
Number Street
Las Vegas NV 89193
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 7 7 8 0

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

$803.00

**4.35**

Credit Service of Central
Nonpriority Creditor's Name
Washington, Inc. 408 W. 4th Ave
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

$Unknown

**4.36**

Custom Stacking
Nonpriority Creditor's Name
RTW Farms LLC 8831 Rd. K NE
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Hay bale stacking

$7,811.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 70 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.37**

D & A Services
Nonpriority Creditor's Name
1400 E. Touhy Ave., Ste G2
Number Street
Des Plaines IL 60018
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

$Unknown

**4.38**

Department of Labor & Industries
Nonpriority Creditor's Name
Collections 3001 W. Broadway Ave.
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 5 0 7 0

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Past Due

$5,828.00

**4.39**

Department of Labor and Industries
Nonpriority Creditor's Name
Employment Standards 3001 W. Broadway Ave.
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 5070

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Business Debt

$5,828.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 71 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.40**

Department of the Treasury
Nonpriority Creditor's Name
Internal Revenue Service PO Box 145566
Number Street
Cincinnati OH 45250
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$12,075.87

**When was the debt incurred?** 2013-14

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify 1040 Taxes

**4.41**

DirecTV
Nonpriority Creditor's Name
PO Box 105261
Number Street
Atlanta GA 30348
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 3 3 7 4

$165.27

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Utilities

**4.42**

$0.00

Discover
Nonpriority Creditor's Name
PO Box 51908
Number Street
Los Angeles CA 90051
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 72 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.43** Discover
Nonpriority Creditor's Name
PO Box 51908
Number Street
Los Angeles CA 90051
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 1 6 8 5 — $753.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

**4.44** Discover Financial Services
Nonpriority Creditor's Name
PO Box 15316
Number Street
Wilmington DE 19850
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** — $6,486.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

**4.45** Doug's Baler Repair
Nonpriority Creditor's Name
1215 3rd Avenue SW
Number Street
Quincy WA 98848
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** — $3,233.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Baler Repairs

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.46** EFG
Nonpriority Creditor's Name
96 E. Groadway Ste 5
Number Street
Eugene OR 97401
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 3 2 1 1 — $Unknown

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Deficiency

**4.47** Enhanced Recovery Company
Nonpriority Creditor's Name
PO Box 57547
Number Street
Jacksonville FL 32241
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 9 4 3 7 — $Unknown

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.48** Equifax
Nonpriority Creditor's Name
PO Box 740241
Number Street
Atlanta GA 30374
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — $0.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Information only

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 74 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.49**

Erikson Tank & Pump
Nonpriority Creditor's Name
800 Rd. P.5 SW
Number Street
Quincy WA 98848
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 6 1 4 6

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Services

$2,521.00

**4.50**

Evergreen Home Loans
Nonpriority Creditor's Name
15405 SE 37th Street Suite 200
Number Street
Bellevue WA 98006
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________________________

$0.00

**4.51**

Evergreen Note Servicing
Nonpriority Creditor's Name
PO Box 593
Number Street
Puyallup WA 98371
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________________________

$90,000.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 75 of 130

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. — Total claim

**4.52** Experian
Nonpriority Creditor's Name
Profile Maintenance PO Box 9558
Number Street
Allen TX 75013
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — $0.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Information only

**4.53** Financial Pacific Leasing
Nonpriority Creditor's Name
3455 S. 344th Way, Ste 300
Number Street
Federal Way WA 98001
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — $16,409.18

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________________________

**4.54** Financial Pacific Leasing
Nonpriority Creditor's Name
3455 S. 344th Way, Ste 300
Number Street
Federal Way WA 98001
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — $48,931.24

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________________________

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.55**

First Source
Nonpriority Creditor's Name
205 Bryant Woods South
Number Street
Amherst NY 14228
City State ZIP Code

**Last 4 digits of account number** 5 7 6 5

$1,400.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**4.56**

Good to Go
Nonpriority Creditor's Name
Box 34562
Number Street
Seattle WA 98124
City State ZIP Code

**Last 4 digits of account number** 7 1 4 0

$13.25

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Toll

**4.57**

Grant County District Court
Nonpriority Creditor's Name
Civil Clerk's Department PO Box 37
Number Street
Ephrata WA 98823
City State ZIP Code

**Last 4 digits of account number** 1 8 0 9

$Unknown

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.58**

Grant County Superior Court
Nonpriority Creditor's Name
Clerk's Department PO Box 37
Number Street
Ephrata WA 98823
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$9,597.00

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify State Tax Liens

**4.59**

Henderson, Nick
Nonpriority Creditor's Name
4722 Rd N.5 NW
Number Street
Quincy WA 98848
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$1,661.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Stacking Hay bales

**4.60**

Hickory Hollow Rentals, LLC
Nonpriority Creditor's Name
PO Box 332108
Number Street
Murfreesboro TN 37133
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 6 8 2 7

$4,000.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Office Shed

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 78 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.61**

Hochstatter Electric
Nonpriority Creditor's Name
547 Interlake Rd
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __ — $47,031.00

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Services

**4.62**

Huberdeau Law Office
Nonpriority Creditor's Name
821 E. Sharon Ave
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __ — $Unknown

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Attorney

**4.63**

ifIBER Communications
Nonpriority Creditor's Name
PO Box 490
Number Street
Ephrata WA 98823
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 7 1 8 6 — $280.68

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify ______

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 79 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.64**

Inland Imaging
Nonpriority Creditor's Name
PO Box 84328
Number Street
Seattle WA 98124
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 1 7 9 4

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

$35.00

**4.65**

Inland Imaging, PS-Spokane
Nonpriority Creditor's Name
PO Box 84328
Number Street
Seattle WA 98124
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** D - P E

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

$79.00

**4.66**

Inland Industry Tools
Nonpriority Creditor's Name
12741 Magnolia Ave
Number Street
Riverside CA 92503
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Purchases

$Unknown

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

**4.67** ITC Services, Inc.
Nonpriority Creditor's Name
4172 N. Frontage Rd E
Number Street
Moses Lake WA 98837
City State ZIP Code

**Last 4 digits of account number** 3 3 5 6 — $40,726.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Tarping

**4.68** Jonathan Neil & Associates
Nonpriority Creditor's Name
18321 Ventura Blvd #1000
Number Street
Tarzana CA 91356
City State ZIP Code

**Last 4 digits of account number** 1 3 0 3 — $0.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.69** JP Morgan Chase
Nonpriority Creditor's Name
PO Box 722929
Number Street
Houston TX 77272
City State ZIP Code

**Last 4 digits of account number** 2 8 0 3 — $0.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 81 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.70** Key Bank
Nonpriority Creditor's Name
314 E. 3rd Ave
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ $3,000.00

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Overdraft

**4.71** Kirkham Law Office, PLLC
Nonpriority Creditor's Name
420 North Pearl Ste 303
Number Street
Ellensburg WA 98923
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 0 4 1 9 $Unknown

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify ____________

**4.72** Larson Fowles, PLLC
Nonpriority Creditor's Name
821 E. Broadway Ave., Ste 8
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 2 4 7 3 $Unknown

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Attorney

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 82 of 130

**Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page**

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.73**

Lenz Enterprises
Nonpriority Creditor's Name
PO Box 868
Number Street
Stanwood WA 98292
City State ZIP Code

**Last 4 digits of account number** 1 4 2 1

**When was the debt incurred?** Unknown

Total claim: $1,421.00

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Cow hauling

**4.74**

Les Schwab
Nonpriority Creditor's Name
418 E. Broadway Ave.
Number Street
Moses Lake WA 98837
City State ZIP Code

**Last 4 digits of account number** 7 2 0 4

**When was the debt incurred?** Unknown

Total claim: $14,092.00

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

**4.75**

LVNV Funding, LLC
Nonpriority Creditor's Name
c/o Resurgent Capital PO Box 1269
Number Street
Greenville SC 29603
City State ZIP Code

**Last 4 digits of account number** 5 2 3 3

**When was the debt incurred?** 2018

Total claim: $Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 83 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.76**

Machol & Johannes LLC
Nonpriority Creditor's Name
700 17th St., Suite 200
Number Street
Denver CO 80202
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 2 0 0 9

$Unknown

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.77**

Mantis Funding, LLC
Nonpriority Creditor's Name
64 Beaver St., Ste 344
Number Street
New York NY 10004
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$41,720.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unknown

**4.78**

McNamee Farms Services
Nonpriority Creditor's Name
7931 NE Halsey St #103
Number Street
Irrigon OR 97844
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 1 1 0 0

$23,593.00

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Tractor rental

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 84 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

**4.79**

Meacham, Toni
Nonpriority Creditor's Name
Attorney at Law 1420 Scooteney Road
Number Street
Connell WA 99326
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Unknown

$Unknown

**4.80**

Moses Lake Community Health
Nonpriority Creditor's Name
605 S. Coolidge St. #101
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

$752.00

**4.81**

Moses Lake Vet Clinic
Nonpriority Creditor's Name
3918 E. Broadway Ext.
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Services

$160.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 85 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.82**

Mutual of Enumclaw
Nonpriority Creditor's Name
1460 Wells St.
Number Street
Enumclaw WA 98022
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 6 6 4 1 — $6,387.91

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Insurance

**4.83**

Mutual of Enumclaw
Nonpriority Creditor's Name
1460 Wells St.
Number Street
Enumclaw WA 98022
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __ — $640.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Insurance

**4.84**

NACM Northwest
Nonpriority Creditor's Name
7931 NE Halsey St., 103
Number Street
Portland OR 97213
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 1 4 4 9 — $Unknown

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 86 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

**4.85**

Northland Group, Inc.
Nonpriority Creditor's Name
PO Box 390846 MCCOAT1
Number Street
Minneapolis MN 55439
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 9 1 4 5

$Unknown

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.86**

Northstar Location Services, LLC
Nonpriority Creditor's Name
4285 Genesee St.
Number Street
Cheektowaga NY 14225
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 1 6 8 5

$0.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.87**

NPRTO West, LLC
Nonpriority Creditor's Name
256 W. Data Drive
Number Street
Draper UT 84020
City State ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

$1,943.89

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Stereo Lease

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.88**

Odessa Trading
Nonpriority Creditor's Name
PO Box 277
Number Street
Odessa WA 99159
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 1 0 5 0

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Services

$294.00

**4.89**

Old Mill
Nonpriority Creditor's Name
PO Box 1082
Number Street
Ellensburg WA 98926
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 0 0 9 7

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Cattle Protein

$3,335.00

**4.90**

Ott, Norm
Nonpriority Creditor's Name
17 W. First Ave.
Number Street
Odessa WA 99159
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Loan

$Unknown

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 88 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.91**

Portfolio Recovery
Nonpriority Creditor's Name
120 Corporate Blvd Ste 100
Number Street
Norfolk VA 23502
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 0 8 0 0

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

Total claim: $Unknown

**4.92**

Progressive Leasing
Nonpriority Creditor's Name
256 Data Dr.
Number Street
Draper UT 84020
City State ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

Total claim: $926.68

**4.93**

Rathbone Sales
Nonpriority Creditor's Name
3860 E. Broadway Ave
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Big Baler repo'd 2017

Total claim: $13,185.00

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 89 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.94**

Rathbone Sales
Nonpriority Creditor's Name
3860 E. Broadway Ave
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 9 7 9 5

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Baler parts

$1,610.00

**4.95**

Ries, Christopher F.
Nonpriority Creditor's Name
Attorney at Law PO Box 2119
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** 1 8 0 9

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

$Unknown

**4.96**

Ryan S. Unruh
Nonpriority Creditor's Name
52 G Street NE
Number Street
Ephrata WA 98823
City State ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Co-Debtor

$Unknown

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 90 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. — Total claim

**4.97** Saddle Mountain Supply Company
Nonpriority Creditor's Name
13624 N. Frontage Rd
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** r r y a — $Unknown

**When was the debt incurred?** 1056

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Supplies

**4.98** Samaritan Clinic
Nonpriority Creditor's Name
1550 S. Pioneer Way
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — $859.00

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

**4.99** Samaritan Clinic
Nonpriority Creditor's Name
660 S. Coolidge Dr
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 5 1 3 4 — $826.19

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 91 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

**4.100**

Samaritan Clinic
Nonpriority Creditor's Name
660 S. Coolidge Dr
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 1 8 0 1 — $1,220.18

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

**4.101**

Samaritan Healthcare
Nonpriority Creditor's Name
801 E. Wheeler Rd
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — $4,600.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

**4.102**

Samaritan Healthcare
Nonpriority Creditor's Name
660 S. Coolidge Dr
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 3 1 0 3 — $863.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 92 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.103** Samaritan Healthcare
Nonpriority Creditor's Name
660 S. Coolidge Dr.
Number Street
Moses Lake WA 98837
City State ZIP Code

**Last 4 digits of account number** 4 3 2 3 — $375.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

**4.104** Skone Irrigation - Warden
Nonpriority Creditor's Name
2051 W. 1st Street
Number Street
Warden WA 98857
City State ZIP Code

**Last 4 digits of account number** 0 5 4 9 — $800.18

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**4.105** SS Equipment Inc.
Nonpriority Creditor's Name
4939 WA-281 N
Number Street
Quincy WA 98848
City State ZIP Code

**Last 4 digits of account number** — $25,419.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 93 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

**4.106** Stinger, Inc.
Nonpriority Creditor's Name
302 E. Dean St.
Number Street
Burton KS 67020
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 3 3 5 6 — $8,500.00

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Staker

**4.107** Suttell, Hammer & White
Nonpriority Creditor's Name
PO Box C-90006
Number Street
Bellevue WA 98009
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 2 3 9 9 — $Unknown

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Attorney

**4.108** SYNCB/Ashley Home Stores
Nonpriority Creditor's Name
PO Box 965036
Number Street
Orlando FL 32896
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — $982.00

**When was the debt incurred?** 2013

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card Charges

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 94 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.109** Tek Collect
Nonpriority Creditor's Name
Business Office PO Box 1269
Number Street
Columbus OH 43216
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 8 1 1 0 — $Unknown

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.110** Tek-Collect
Nonpriority Creditor's Name
PO Box 1269
Number Street
Columbus OH 43216
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 6 6 4 1 — $Unknown

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.111** The General Insurance Company — $46.59
Nonpriority Creditor's Name
Number Street
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Insurance

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** **Total claim**

**4.112** Trans Union Corporation
Nonpriority Creditor's Name
Public Records Dept 555 West Adams St
Number Street
Chicago IL 60661
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ $0.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Information only

**4.113** Tuffy Morrison
Nonpriority Creditor's Name
c/o James D. Kirkham 420 N. Pearl St., Ste 301
Number Street
Ellensburg WA 98926
City State ZIP Code

**Last 4 digits of account number** 0 4 1 9 $20,000.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Lawsuit

**4.114** US Bank
Nonpriority Creditor's Name
203 E. 3rd Ave.
Number Street
Moses Lake WA 98837
City State ZIP Code

$Unknown

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 96 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

**4.115** USDA/FSA
Nonpriority Creditor's Name
531 Cameron Street
Number Street
Dayton WA 99328
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 1 4 5 1 — $265,709.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Cattle - sold 16 & 17-repoed

**4.116** Valley Empire Collections
Nonpriority Creditor's Name
8817 E. Mission Ave., Ste. 101
Number Street
Spokane WA 99212
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 2 9 6 7 — $31.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

**4.117** Van Ru Credit Corporation
Nonpriority Creditor's Name
4839 N. Elston Avenue
Number Street
Chicago IL 60630
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 9 6 6 0 — $Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 97 of 130

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

**4.118** Weishaar, Traig
Nonpriority Creditor's Name
5871 Duck Lake Road
Number Street
Odessa WA 99159
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — $2,550.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Stacking hay bales

**4.119** Wells Fargo Dealer Services
Nonpriority Creditor's Name
PO Box 1697
Number Street
Winterville NC 28590
City State ZIP Code

**Last 4 digits of account number** 3 0 5 2 — $18,575.00

**When was the debt incurred?** 2013

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Deficiency

**4.120** Westco International, Inc.
Nonpriority Creditor's Name
c/o Larson Fowles 821 E. Broadway Ave., Ste 8
Number Street
Moses Lake WA 98837
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — $5,800.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Account in lawsuit

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 98 of 130

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** — **Total claim**

**4.121** Western Peterbilt
Nonpriority Creditor's Name
c/o Western Truck Center 12976 N. Frontage Rd
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — $7,733.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________

**4.122** Wheatland Bank
Nonpriority Creditor's Name
1442 S. Pioneer Way
Number Street
Moses Lake WA 98837
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — $228.00

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify________________

**4.123** Wichmann, Brian
Nonpriority Creditor's Name
15201 Military Rd S
Number Street
Seattle WA 98188
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — $Unknown

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Attorney for CJ Worm

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. **Total claim**

**4.124** YCCS
Nonpriority Creditor's Name
PO Box 9244
Number Street
Yakima WA 98909
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

**Last 4 digits of account number** 4 2 7 5

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Assigned

$Unknown

**4.125** ______
Nonpriority Creditor's Name
Number Street
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify______

$______

**4.126** ______
Nonpriority Creditor's Name
Number Street
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Type of **NONPRIORITY** unsecured claim:
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify______

$______

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 100 of 130

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Capital One Bank (USA), N.A.
Name
PO Box 60599
Number Street

City of Industry, CA 91716
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.19 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9 6 3 6

Central Machinery Sales, Inc.
Name
PO Box 2838
Number Street

Pasco, WA 99302
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.22 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** R U 0 0

Chase
Name
PO Box 182055
Number Street

Columbus, OH 43218
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.25 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 2 8 0 3

JP Morgan Chase Bank, N.A.
Name
PO Box 182055
Number Street

Columbus, OH 43218
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.25 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 2 8 0 3

Credit Acceptance Corporation
Name
Silver Triangle Building
Number Street
25505 W. 12 Mile Rd, Ste 300
Southfield, MI 48034
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.32 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 1 4 ___ ___

State of Washington
Name
Department of Labor & Industries
Number Street
PO Box 44171
Olympia, WA 98504
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.39 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Samaritan Clinic
Name
801 E. Wheeler Rd
Number Street

Moses Lake, WA 98837
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.100 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 1 8 0 1

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 101 of 130

Debtor 1 Amanda J. Unruh Case number (*if known*)

First Name Middle Name Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Van Ru Credit Corporation
Name
Dept 96307
Number Street
PO Box 1259
Oaks, PA 19456
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.117 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 9 6 6 0

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name
Number Street
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 102 of 130

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 953,363.06 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 953,363.06 |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 103 of 130

**Fill in this information to identify your case:**

Debtor **Amanda J. Unruh**
First Name Middle Name Last Name

Debtor 2
(Spouse If filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **Eastern District of Washington**

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **NPRTO West, LLC**<br>Name<br>**256 W. Data Drive**<br>Number Street<br>**Draper UT 84020**<br>City State ZIP Code | **Stereo Lease (Assume)** |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 104 of 130

**Fill in this information to identify your case:**

Debtor 1 **Amanda J. Unruh**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **Eastern District of Washington**

Case number ______________________
(If known)

❑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ❑ No
   - ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ❑ No. Go to line 3.
   - ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ❑ No
     - ☒ Yes. In which community state or territory did you live? **Washington**. Fill in the name and current address of that person.

       **Ryan S. Unruh**
       Name of your spouse, former spouse, or legal equivalent

       **52 G Street NE**
       Number Street

       **Ephrata** **WA** **98823**
       City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or Schedule G (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☒ Schedule D, line **2.1, 2.4, 2.5, 2.6**<br>❑ Schedule E/F, line ______<br>❑ Schedule G, line ______ |
| 3.2 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line ______<br>☒ Schedule E/F, line **2.5**<br>❑ Schedule G, line ______ |
| 3.3 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line ______<br>☒ Schedule E/F, line **4.1**<br>❑ Schedule G, line ______ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 105 of 130

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.3**<br>☐ Schedule G, line ______ |
| 3.5 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.5**<br>☐ Schedule G, line ______ |
| 3.6 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.6**<br>☐ Schedule G, line ______ |
| 3.7 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.8**<br>☐ Schedule G, line ______ |
| 3.8 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.9**<br>☐ Schedule G, line ______ |
| 3.9 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.11**<br>☐ Schedule G, line ______ |
| 3.10 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.12**<br>☐ Schedule G, line ______ |
| 3.11 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.13**<br>☐ Schedule G, line ______ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 106 of 130

## Additional Page to List More Codebtors

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.14<br>☐ Schedule G, line ____ |
| 3.13 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.15<br>☐ Schedule G, line ____ |
| 3.14 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.16<br>☐ Schedule G, line ____ |
| 3.15 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.17<br>☐ Schedule G, line ____ |
| 3.16 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.18<br>☐ Schedule G, line ____ |
| 3.17 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.19<br>☐ Schedule G, line ____ |
| 3.18 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.20<br>☐ Schedule G, line ____ |
| 3.19 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.2, 4.21, 4.71, 4.4<br>☐ Schedule G, line ____ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 107 of 130

## Additional Page to List More Codebtors

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.20 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.22, 4.100<br>☐ Schedule G, line ______ |
| 3.21 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.10, 4.24, 4.37, 4.98<br>☐ Schedule G, line ______ |
| 3.22 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.25<br>☐ Schedule G, line ______ |
| 3.23 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.26, 4.101<br>☐ Schedule G, line ______ |
| 3.24 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.27<br>☐ Schedule G, line ______ |
| 3.25 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.28<br>☐ Schedule G, line ______ |
| 3.26 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.29<br>☐ Schedule G, line ______ |
| 3.27 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.30<br>☐ Schedule G, line ______ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 108 of 130

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.28 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.31<br>☐ Schedule G, line ____ |
| 3.29 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.32<br>☐ Schedule G, line ____ |
| 3.30 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.34<br>☐ Schedule G, line ____ |
| 3.31 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.35<br>☐ Schedule G, line ____ |
| 3.32 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.36<br>☐ Schedule G, line ____ |
| 3.33 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.39<br>☐ Schedule G, line ____ |
| 3.34 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.38<br>☐ Schedule G, line ____ |
| 3.35 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.41<br>☐ Schedule G, line ____ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 109 of 130

## Additional Page to List More Codebtors

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.36 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.42<br>❑ Schedule G, line ___ |
| 3.37 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.43<br>❑ Schedule G, line ___ |
| 3.38 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.44<br>❑ Schedule G, line ___ |
| 3.39 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.45<br>❑ Schedule G, line ___ |
| 3.40 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.46<br>❑ Schedule G, line ___ |
| 3.41 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.47<br>❑ Schedule G, line ___ |
| 3.42 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.48<br>❑ Schedule G, line ___ |
| 3.43 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ❑ Schedule D, line ___<br>☒ Schedule E/F, line 4.49<br>❑ Schedule G, line ___ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 110 of 130

## Additional Page to List More Codebtors

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.44 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.50<br>☐ Schedule G, line ____ |
| 3.45 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.51<br>☐ Schedule G, line ____ |
| 3.46 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.52<br>☐ Schedule G, line ____ |
| 3.47 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.53<br>☐ Schedule G, line ____ |
| 3.48 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.54<br>☐ Schedule G, line ____ |
| 3.49 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.55<br>☐ Schedule G, line ____ |
| 3.50 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.56<br>☐ Schedule G, line ____ |
| 3.51 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ____<br>☒ Schedule E/F, line 4.57<br>☐ Schedule G, line ____ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 111 of 130

## Additional Page to List More Codebtors

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.52 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.58**<br>☐ Schedule G, line ______ |
| 3.53 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.59**<br>☐ Schedule G, line ______ |
| 3.54 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.60**<br>☐ Schedule G, line ______ |
| 3.55 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.61**<br>☐ Schedule G, line ______ |
| 3.56 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.62**<br>☐ Schedule G, line ______ |
| 3.57 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.64**<br>☐ Schedule G, line ______ |
| 3.58 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.65**<br>☐ Schedule G, line ______ |
| 3.59 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.66**<br>☐ Schedule G, line ______ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 112 of 130

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.60 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.67**<br>☐ Schedule G, line ____ |
| 3.61 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.68**<br>☐ Schedule G, line ____ |
| 3.62 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.69**<br>☐ Schedule G, line ____ |
| 3.63 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.70**<br>☐ Schedule G, line ____ |
| 3.64 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.72**<br>☐ Schedule G, line ____ |
| 3.65 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.73**<br>☐ Schedule G, line ____ |
| 3.66 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.74**<br>☐ Schedule G, line ____ |
| 3.67 | **Ryan S. Unruh** (Name)<br>**52 G Street NE** (Number Street)<br>**Ephrata** (City) **WA** (State) **98823** (ZIP Code) | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.75**<br>☐ Schedule G, line ____ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 113 of 130

## Additional Page to List More Codebtors

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.68 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.76<br>☐ Schedule G, line ___ |
| 3.69 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.77<br>☐ Schedule G, line ___ |
| 3.70 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.78<br>☐ Schedule G, line ___ |
| 3.71 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.79<br>☐ Schedule G, line ___ |
| 3.72 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.80<br>☐ Schedule G, line ___ |
| 3.73 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.81<br>☐ Schedule G, line ___ |
| 3.74 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.82<br>☐ Schedule G, line ___ |
| 3.75 | Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.83<br>☐ Schedule G, line ___ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 114 of 130

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.76 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.84<br>☐ Schedule G, line |
| 3.77 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.85<br>☐ Schedule G, line |
| 3.78 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.86<br>☐ Schedule G, line |
| 3.79 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.87<br>☐ Schedule G, line |
| 3.80 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.88<br>☐ Schedule G, line |
| 3.81 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.89<br>☐ Schedule G, line |
| 3.82 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.90<br>☐ Schedule G, line |
| 3.83 Ryan S. Unruh (Name)<br>52 G Street NE (Number Street)<br>Ephrata (City) WA (State) 98823 (ZIP Code) | ☐ Schedule D, line<br>☒ Schedule E/F, line 4.91<br>☐ Schedule G, line |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 115 of 130

Debtor 1 **Amanda J. Unruh**
First Name Middle Name Last Name

Case number (if known)

## Additional Page to List More Codebtors

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.84 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.92**<br>❑ Schedule G, line |
| 3.85 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.93**<br>❑ Schedule G, line |
| 3.86 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.95**<br>❑ Schedule G, line |
| 3.87 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.96**<br>❑ Schedule G, line |
| 3.88 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.97**<br>❑ Schedule G, line |
| 3.89 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.99**<br>❑ Schedule G, line |
| 3.90 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.103**<br>❑ Schedule G, line |
| 3.91 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** **WA** **98823**<br>City State ZIP Code | ❑ Schedule D, line<br>☒ Schedule E/F, line **4.104**<br>❑ Schedule G, line |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 116 of 130

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.92 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.105**<br>☐ Schedule G, line ______ |
| 3.93 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.106**<br>☐ Schedule G, line ______ |
| 3.94 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.107**<br>☐ Schedule G, line ______ |
| 3.95 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.108**<br>☐ Schedule G, line ______ |
| 3.96 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.109**<br>☐ Schedule G, line ______ |
| 3.97 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.110**<br>☐ Schedule G, line ______ |
| 3.98 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.111**<br>☐ Schedule G, line ______ |
| 3.99 | **Ryan S. Unruh**<br>Name<br>**52 G Street NE**<br>Number Street<br>**Ephrata** City **WA** State **98823** ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line **4.112**<br>☐ Schedule G, line ______ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 117 of 130

## Additional Page to List More Codebtors

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.100 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.113<br>☐ Schedule G, line ___ |
| 3.101 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.114<br>☐ Schedule G, line ___ |
| 3.102 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.115<br>☐ Schedule G, line ___ |
| 3.103 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.116<br>☐ Schedule G, line ___ |
| 3.104 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.117<br>☐ Schedule G, line ___ |
| 3.105 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.118<br>☐ Schedule G, line ___ |
| 3.106 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.119<br>☐ Schedule G, line ___ |
| 3.107 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ___<br>☒ Schedule E/F, line 4.120<br>☐ Schedule G, line ___ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 118 of 130

## Additional Page to List More Codebtors

| | *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.108 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.121<br>☐ Schedule G, line ______ |
| 3.109 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.122<br>☐ Schedule G, line ______ |
| 3.110 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.63<br>☐ Schedule G, line ______ |
| 3.111 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.102<br>☐ Schedule G, line ______ |
| 3.112 | Ryan S. Unruh<br>Name<br>52 G Street NE<br>Number Street<br>Ephrata WA 98823<br>City State ZIP Code | ☐ Schedule D, line ______<br>☒ Schedule E/F, line 4.33, 4.40, 4.7, 4.23<br>☐ Schedule G, line ______ |
| 3.113 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3.114 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3.115 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 119 of 130

Fill in this information to identify your case:

Debtor 1: Amanda J. Unruh (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): ______ (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Washington

Case number (If known): ______

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of the following date: ______ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | Akins Fresh Market | |
| **Employer's address** | Number Street<br><br>Soap Lake, WA 98851<br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $1,920.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $1,920.00 | $0.00 |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 120 of 130

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........ ➔ | 4. | $1,920.00 | $0.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $384.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: | 5h. | + $0.00 | + $0.00 |
| 6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $384.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $1,536.00 | $0.00 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **State Food** | 8f. | $500.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: | 8h. | + $0.00 | + $0.00 |
| 9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $500.00 | $0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $2,036.00 + $0.00 = $2,036.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies 12. $2,036.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 121 of 130

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?** Do not list Debtor 1 and Debtor 2. Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | | ☐ No ☒ Yes |
| Son | | ☐ No ☒ Yes |
| | | ☒ No ☐ Yes |
| | | ☒ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $1,200.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $10.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $50.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $163.00 |
| 6b. Water, sewer, garbage collection | 6b. | $0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $100.00 |
| 6d. Other. Specify: | 6d. | $0.00 |
| 7. **Food and housekeeping supplies** | 7. | $500.00 |
| 8. **Childcare and children's education costs** | 8. | $800.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $200.00 |
| 10. **Personal care products and services** | 10. | $100.00 |
| 11. **Medical and dental expenses** | 11. | $50.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $500.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $150.00 |
| 14. **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $0.00 |
| 15b. Health insurance | 15b. | $0.00 |
| 15c. Vehicle insurance | 15c. | $225.00 |
| 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $570.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| 17c. Other. Specify: | 17c. | $ |
| 17d. Other. Specify: | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I*: *Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $0.00 |
| 20b. Real estate taxes | 20b. | $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

21. **Other**. Specify: **Pets** 21. +$**20.00**

22. **Calculate your monthly expenses.**
22a. Add lines 4 through 21. $**4,638.00**
22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 $
22c. Add line 22a and 22b. The result is your monthly expenses. 22. $**4,638.00**

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* 23a. $**2,036.00**

23b. Copy your monthly expenses from line 22 above. 23b. – $**4,638.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*. 23c. $**-2,602.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 124 of 130

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number ______________________
(If known)

❑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 130,451.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 130,251.00 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 131,351.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 953,669.60 |
| **Your total liabilities** | $ 1,085,020.60 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 2,036.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22, Column A, of *Schedule J* | $ 4,638.00 |

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Case number (*if known*)

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

- ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- ☒ Yes

7. **What kind of debt do you have?**

- ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.
- ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **1,920.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $**0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $**0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $**0.00** |
| 9d. Student loans. (Copy line 6f.) | $**0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $**0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $**0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $**0.00** |

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2 ____________________________
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number ____________________________
(If known)

❑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

❑ Yes. Name of person____________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ s/Amanda J. Unruh
Signature of Debtor 1

Date 05/20/2019
MM / DD / YYYY

✘ ____________________
Signature of Debtor 2

Date ____________
MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1 Amanda J. Unruh
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District Of Washington

Case number
(If known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Hold Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Chrysler Capital<br>Description of property securing debt: 2016 Dodge 2500 | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: __________ | ☒ No<br>☐ Yes |
| Creditor's name: Financial Pacific Leasing<br>Description of property securing debt: 1986 Ford Tractor | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: __________ | ☒ No<br>☐ Yes |
| Creditor's name: Financial Pacific Leasing<br>Description of property securing debt: 2006 Kenworth | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: __________ | ☒ No<br>☐ Yes |
| Creditor's name: Wells Fargo Auto<br>Description of property securing debt: 2011 Dodge 2500 | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: __________ | ☒ No<br>☐ Yes |

19-01397-FPC7 Doc 1 Filed 05/23/19 Entered 05/23/19 09:05:21 Pg 128 of 130

Your name **Amanda J. Unruh** Case number (*If known*)
First Name Middle Name Last Name

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **NPRTO West, LLC**<br>Description of leased property: **Stereo Lease (Assume)** | ☐ No<br>☒ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

✘ **s/Amanda J. Unruh**
Signature of Debtor 1

Date **05/20/2019**
MM / DD / YYYY

✘
Signature of Debtor 2

Date
MM / DD / YYYY

**Attachment 1: Additional Secured Claims**

    **Creditor's name: Credit Acceptance**
    **Description of property securing debt: 2008 GMC Sierra**
    **Property will be: Retained and Reaffirmed**
    **Property is claimed as exempt.**

    **Creditor's name: Credit Acceptance**
    **Description of property securing debt: 2010 Ford F150**
    **Property will be: Retained and Reaffirmed**
    **Property is claimed as exempt.**